UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES A GREEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WACHOVIA MORTGAGE FSB, et al,<br><br>　　　　　　Defendants. | NO:  CV-11-3047-RMP<br><br>ORDER CLOSING CASE |

On October 15, 2012, the Court entered an order Granting in Part and Denying in Part Defendants' Motions to Dismiss, ECF No. 87.  The Court granted leave for Plaintiff to file an amended complaint within thirty days of the entry of the Order, ECF No. 87 at 26.

The Plaintiff having filed no amended complaint, IT IS HEREBY ORDERED that:

1. All counts are dismissed as ordered in **ECF No. 87**.

ORDER CLOSING CASE ~ 1

1  2. Judgment shall be entered for the Defendants.  No costs or fees shall be
2      charged to any party.
3  The District Court Clerk is directed to enter this order, provide copies to
4 counsel, and close this case.
5  DATED this 16th day of November 2012.

                                   *s/ Rosanna Malouf Peterson*
                                   ROSANNA MALOUF PETERSON
                                   Chief United States District Court Judge

ORDER CLOSING CASE ~ 2