AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JAMES A. GREEN,

       Plaintiff,

                v.

WACHOVIA MORTGAGE FSB, et al.,

       Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-3047-RMP

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is hereby dismissed and judgment is hereby entered in favor of Defendants.

November 16, 2012

*Date*

JAMES R. LARSEN

*Clerk*

s/ Penny Lamb

*(By) Deputy Clerk*

Penny Lamb