AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JAMES A. GREEN,

                Plaintiff,

       v.

WACHOVIA MORTGAGE FSB; REGIONAL TRUSTEE SERVICES CORP.; and JOHN DOE 1-10; JANE DOE 1-10,

                Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-3047-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendant's Motion for attorney's fees ECF No. 90 is GRANTED. The Court awards Defendant Wachovia $91,832.50 in attorney's fees.

January 29, 2013
*Date*

SEAN F. McAVOY
*Clerk*

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer